**UNITED STATES of America, Plaintiff–Appellee**

v.

**Frederick GROVE, Defendant–Appellant.**

**No. 03–21018.**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided July 8, 2004.

James Lee Turner, Assistant U.S. Attor-ney, Houston, TX, for Plaintiff–Appellee.

Frederick Grove, Oklahoma City, OK, for Defendant–Appellant.

Before KING, Chief Judge, and WIENER and PRADO, Circuit Judges.

PER CURIAM: *

Court-appointed appellate counsel for defendant Frederick Grove has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Grove has filed a *pro se* response. Our independent review of the briefs and the record discloses no nonfrivolous issue for appeal. Appointed counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.